UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* DOROTHY HOYT et al., Respondents, and ISABEL H. BANGS et al., Appellants.

*U. S. Trust Co. of N. Y. v. Hoyt,* 173 App. Div. 930, affirmed. (Argued March 18, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1916, affirming a judgment of Special Term construing a certain deed of trust and directing distribution. The deed of trust provided that upon the

death of the life beneficiary the principal should be divided amongst his next of kin. The said beneficiary died without issue and the question litigated on the accounting was whether an adopted daughter of a deceased brother was entitled to share in the said fund. The trial court held that by virtue of the adoption she became next of kin to the life beneficiary and under the terms of the trust deed entitled to share in the principal upon his death.

*Howard Mansfield* and *Lucius H. Beers* for Isabel H. Bangs, appellant.

*William W. Scrugham* and *Anson Baldwin* for Cornelia B. Hoyt et al., appellants.

*William A. W. Stewart* and *Charles W. McKelvey* for plaintiff, respondent.

*Marshall B. Clarke* and *Samuel T. Carter, Jr.,* for Dorothy. Hoyt, defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: HISCOCK, Ch. J., and McLAUGHLIN, J.